**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARETHA CROSSON, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

- against -

BRAIN DEAD LLC,

                      Defendants.
-------------------------------------------------------------X

Case No. 1:22-cv-7312-NGG-RML

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Brain Dead LLC.

Dated: Scarsdale, New York
       February 17, 2023

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                        By: */s/Dan Shaked*
                                            Dan Shaked, Esq.
**So Ordered.**                         14 Harwood Court, Suite 415
                                            Scarsdale, NY 10583
s/Nicholas G. Garaufis               Tel. (917) 373-9128
**Hon. Nicholas G. Garaufis**       e-mail: ShakedLawGroup@Gmail.com
**Date:** 2/21/23